# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 15-5418-GW(RAOx) | Date | February 1, 2016 |
|---|---|---|---|
| Title | *D.P. Textile and Apparel, Inc., et al. v. Unigard Insurance Company* | | |

Present: The Honorable   GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):    ORDER TO SHOW CAUSE RE SETTLEMENT**

On January 27, 2016, Plaintiffs filed a Notice of Settlement.  The Court sets an Order to Show Cause Hearing re: Settlement for March 3, 2016 at 8:30 a.m.  The parties are advised that the order to show cause will be vacated and no appearance will be required provided that a Stipulation to Dismiss, with a proposed order, is filed by noon on March 2, 2016.

All previously set deadlines and dates are vacated and taken off-calendar.

                                                                        :
Initials of Preparer    JG