JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.P. TEXTILE & APPAREL, INC., et al.,<br><br>            Plaintiffs,<br><br>     v.<br><br>UNIGARD INSURANCE COMPANY, et al.,<br><br>            Defendants. | Case No.  CV 15-5418-GW(RAOx)<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

    Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is hereby dismissed with prejudice, with the parties to bear their own attorneys' fees and costs.

    IT IS SO ORDERED.

Dated: February 29, 2016        BY THE COURT

                                            _____
                                            HONORABLE GEORGE H. WU
                                            UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28